**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

December 23, 2025

Writer's Direct Contact
+1 (415) 268-6086
HJiam@mofo.com

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *International Code Council, Inc. v. UpCodes, Inc., et al.*
**Consolidated Case Nos. 1:20-cv-04316-VM-VF, 1:17-cv-06261, 1:22-cv-10815**

Dear Judge Figueredo:

The parties submit this joint letter motion concerning the case schedule in consolidated case No. 1:17-cv-6261.  On September 5, 2025, the Court entered an order extending the fact discovery deadline to December 12, 2025, but did not appear to enter any other deadlines.  ECF No. 247 at 1.  Accordingly, the parties jointly move to enter the remaining deadlines in the scheduling order in accordance with the proposed amended case schedule below.

Sincerely,

*/s/ Hannah Jiam*

Hannah Jiam


cc:     kevin.fee@us.dlapiper.com
        jane.wise@us.dlapiper.com

1

**MORRISON FOERSTER**

The Honorable Valerie Figueredo
December 23, 2025
Page Two

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Opening Expert Reports from Party Bearing Burden of Proof in False Advertising Case and Second Copyright Case | October 30, 2025 | April 13, 2026 | |
| Rebuttal Expert Reports in False Advertising Case and Second Copyright Case | December 5, 2025 | May 18, 2026 | |
| Close of Expert Discovery in False Advertising Case and Second Copyright Case | January 15, 2026 | June 29, 2026 | |
| Motions for Summary Judgment in False Advertising Case and Second Copyright Case | February 13, 2026 | August 27, 2026 | |
| Oppositions to Motions for Summary Judgment in False Advertising Case and Second Copyright Case | March 13, 2026 | September 25, 2026 | |
| Replies in Support of Motions Summary Judgment in False Advertising Case and Second Copyright Case | March 27, 2026 | October 8, 2026 | |
| Parties to exchange<br>* list of claims<br>* contentions of fact<br>* witness lists<br>* exhibit lists | July 17, 2026<br><br>or<br><br>60 days after a decision on all | February 5, 2027<br><br>or<br><br>60 days after a decision on all dispositive | 94 days before trial |

**MORRISON FOERSTER**

The Honorable Valerie Figueredo
December 23, 2025
Page Three

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| * deposition designations<br>* proposed jury instructions<br>* proposed verdict forms | dispositive motions, whichever is later[1] | motions, whichever is later[2] | |
| Parties to exchange objections to<br>* witness lists<br>* exhibit lists<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | July 31, 2026 | February 19, 2027 | 80 days before trial |
| Parties to complete meet and confer regarding list of claims and contentions of fact, and objections to<br>* witness list<br>* exhibit list<br>* deposition designations<br>* proposed jury instructions<br>* proposed verdict form | August 10, 2026 | March 1, 2027 | 70 days before trial |
| Parties to Confer to Attempt to Agree on Stipulations of Fact and Admissibility | August 13, 2026 | March 4, 2027 | 67 days before trial |
| Motions *in Limine* | August 19, 2026 | March 10, 2027 | 61 days before trial |
| Joint Pretrial Order | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Each Party's Pretrial Memorandum with | September 9, 2026 | March 31, 2027 | 40 days before trial |

---

[1] If after, July 17, 2026, all subsequent dates will be pushed back to keep the same number of days before trial.
[2] If after, February 5, 2027, all subsequent dates will be pushed back to keep the same number of days before trial.

MORRISON FOERSTER

The Honorable Valerie Figueredo
December 23, 2025
Page Four

| Event | Current Deadline | Proposed New Deadline | Days Before Trial (for Pretrial Submissions) |
|---|---|---|---|
| Brief Discussion of the Issues to Be Tried and Authorities Relied Upon | | | |
| Joint Proposed Voir Dire | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Joint Proposed Request to Charge | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Joint List of Individuals, Companies and Other Entities that May Appear as Witnesses or Otherwise Be Referred to During Trial | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Joint Proposed Verdict Form | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Oppositions to Motions *in Limine* | September 9, 2026 | March 31, 2027 | 40 days before trial |
| Reply Briefs on Motions *in Limine* | September 25, 2026 | April 16, 2027 | 24 days before trial |
| Final Pretrial Conference | October 1, 2026 | April 22, 2027 | 18 days before trial |
| Requests to Bring Computers into Courthouse | October 8, 2026 | April 29, 2027 | 11 days before trial |
| Trial | October 19, 2026 (Estimated 20 days) | May 10, 2027 (Estimated 20 days) | |

4